### Adol T. OWEN–WILLIAMS, Jr., Plaintiff–Appellant,

v.

### CITY OF GAITHERSBURG, INCORPORATED, Defendant–Appellee.

#### No. 11–1143.

United States Court of Appeals, Fourth Circuit.

Submitted: June 16, 2011.

Decided: June 20, 2011.

Adol T. Owen–Williams, Jr., Appellant pro se. Russell A. Gray, Kevin Bock Karpinski, Karpinski, Colaresi & Karp, PA, Baltimore, Maryland, for Appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adol T. Owen–Williams, Jr., seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Owen–Williams v. City of Gaithersburg, Inc.,* No. 8:10–cv–00185–PJM, 2011 WL 53082 (D.Md. Jan. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*